# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

HYUN CHOI, et al.,
    Plaintiffs,

  v.

                                    C.A. No. 20-191 JJM

BROWN UNIVERSITY,
    Defendant.

## JUDGMENT

[    ] Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ **X** ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters for the Defendant Brown University and against Plaintiffs Hyun Choi, Anna House, and Amy Pham pursuant to the Memorandum and Order entered on March 22nd, 2022 by this Court.


                                                                                Enter:

                                                                                /s/ Ryan H. Jackson
                                                                                Deputy Clerk


Dated: March 22, 2022