

# UNITED STATES DISTRICT COURT
*District of Rhode Island*

## CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

### Case Information

Case Caption: **Choi, et al**  vs.  **Brown University**

District Court case number: **20cv191-JJM**   Court of Appeals case number: **22-01294**

### Record Information

Supplemental documents: Text Order of 8/2/2022
Document #

| | Yes | No |
|---|---|---|
| Sealed documents: *If yes, document #* | ☐ | ☑ |
| *Ex parte* documents: *If yes, document #* | ☐ | ☑ |
| Transcripts: *If yes, document #* | ☐ | ☑ |
| Trial/Hearing exhibits: *If yes, description* | ☐ | ☑ |

### Certification

I, Hanorah Tyer-Witek, Clerk of the United States District Court for the District of Rhode Island, do certify that the above annexed documents are to be included with the record on appeal in the above referenced case.

HANORAH TYER-WITEK
Clerk of Court

/s/ Michael Simoncelli
Deputy Clerk

Date: 08/02/2022