# United States Court of Appeals
## For the First Circuit

———————————

No. 22-1294

HYUN CHOI, individually and on behalf of all others similarly situated; ANNA HOUSE, individually and on behalf of all others similarly situated; AMY PHAM, individually and on behalf of all others similarly situated,

Plaintiffs - Appellants,

v.

BROWN UNIVERSITY; THE CORPORATION OF BROWN UNIVERSITY,

Defendants - Appellees.

———————————

**ORDER OF COURT**

Entered: August 8, 2022

The parties' joint motion to remand the case to the district court is granted, and the case is remanded for purposes consistent with the parties' joint motion. Jurisdiction is retained and appellate proceedings are stayed. Fed. R. App. P. 12.1(b). The parties shall file status reports every thirty days.


By the Court:

Maria R. Hamilton, Clerk


cc:
Hon. John J. McConnell
Hanorah Tyer-Witek, Clerk, United States District Court for the District of Rhode Island
Steve W. Berman
David J. Strachman
Stephen M. Prignano
Daniel John Kurowski
Joseph D. Whelan
Robert Clark Corrente
Amy Mason Saharia
Amanda Margaret MacDonald