# United States Court of Appeals
## For the First Circuit

_____

No. 22-1294

HYUN CHOI, individually and on behalf of all others similarly situated; ANNA HOUSE, individually and on behalf of all others similarly situated; AMY PHAM, individually and on behalf of all others similarly situated,

Plaintiffs - Appellants,

v.

BROWN UNIVERSITY; THE CORPORATION OF BROWN UNIVERSITY,

Defendants - Appellees.

_____

**JUDGMENT**

Entered: January 11, 2023
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Steve W. Berman
David J. Strachman
Stephen M. Prignano
Daniel John Kurowski
Joseph D. Whelan
Robert Clark Corrente
Amy Mason Saharia
Amanda Margaret MacDonald