# United States Court of Appeals
## For the First Circuit

No. 22-1294

HYUN CHOI, individually and on behalf of all others similarly situated; ANNA HOUSE, individually and on behalf of all others similarly situated; AMY PHAM, individually and on behalf of all others similarly situated,

Plaintiffs - Appellants,

v.

BROWN UNIVERSITY; THE CORPORATION OF BROWN UNIVERSITY,

Defendants - Appellees.

**MANDATE**

Entered: January 11, 2023

In accordance with the judgment of January 11, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Steve W. Berman
Robert Clark Corrente
Daniel John Kurowski
Amanda Margaret MacDonald
Stephen M. Prignano
Amy Mason Saharia
David J. Strachman
Joseph D. Whelan